UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

RECEIVED FEB 28 2018 U.S. CLERK'S OFFICE EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | CAUSE NO. 4:18-cr-5-SEB-VTW |
| JOANIE WATSON, | ) | -04 |
| Defendant. | ) |  |

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 18 U.S.C. Sections 1343 and 1349 Conspiracy to Commit Wire Fraud | NMT 20 years | $250,000 | 3 years |
| 2 | 18 U.S.C. Sections 1341 and 1349 Conspiracy to Commit Mail Fraud | NMT 20 years | $250,000 | 3 years |
| 27 | 18 U.S.C. Section 1341 Mail Fraud | NMT 20 years | $250,000 | 3 years |