INSD 458 (Rev. 08/09) Appearance of Counsel - Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

FILED
MAR 13 2018
US DISTRICT COURT
NEW ALBANY DIVISION

USA
_____
*Plaintiff*
v.
WATSON
_____
*Defendant*

Case No. 4:18-cr-5-SEB-VTW-4

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

JOANIE R. WATSON

in the capacity of:
- [x] CJA Appointment
- [ ] Federal Community Defender
- [ ] Retained Attorney
- [ ] Other: _____ (Please specify.)

Date: 3/13/2018

*Attorney's signature*

Jennifer Culotta
*Printed name and bar number*

_____
Address

_____
E-mail address

_____
Telephone number

_____
FAX number