UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Cause No. 4:18-cr-5-SEB-VTW-4 |
| | ) | |
| JOANIE R. WATSON, | ) | |
| Defendant. | ) | |

Entry for March 13, 2018

Before the Hon. Van T. Willis, Magistrate Judge

This matter is before the Court on an Initial Appearance on an Indictment filed February 28, 2018. The government appears by AUSA Kyle Sawa, via telephone. The defendant appears in person and by CJA counsel, Jennifer Culotta. U.S. Marshal represented by Kevin Ferran and Jeff Whitney. U.S. Probation represented by Zack Marlin. U.S. Secret Service represented by Jon Ely and Jeff Ehringer.

The government makes an oral motion to seal the courtroom, with no objection from the defendant the Court GRANTS the motion, and orders the courtroom sealed. The defendant waives formal reading of the Indictment. The defendant is advised of her rights, the charges and possible penalties. The defendant submits a Financial Affidavit which is approved by the Court. Jennifer Culotta is appointed as CJA counsel for the defendant. Counsel for the Government and Defense Counsel agree to meet and confer as to any disclosure items owed by either party within 30 days.

The government orally requests detention of the defendant. The defendant requests a detention hearing. Detention Hearing set for Friday, March 16, 2018 at 2:00 PM before Magistrate Judge Van T. Willis.

The defendant is advised of the jury trial date. The Court inquired about unsealing the case, and the government objected for good cause, therefore the Court orders this case to remain sealed until further order of Court. Counsel jointly moved for release of the Pretrial Services Report. The Court, finding good cause and no promise of confidentiality and no likelihood of harm, ordered the report released to counsel of record upon completion. Defendant is remanded to the custody of the U.S. Marshal pending further proceedings before the Court.

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution to all electronically registered counsel via CM/ECF.